IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIOUS TERRELL PEGUES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:10-CV-212-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On September 26, 2011, the Magistrate Judge filed a Recommendation that this case be dismissed because Petitioner Pegues's 28 U.S.C. § 2255 claims do not entitle him to relief.  (Doc. # 11.)  Petitioner has not filed any timely objections to the Recommendation.  Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Pegues's 28 U.S.C. § 2255 motion is DENIED because the claims therein entitle him to no relief, and the case is DISMISSED.

DONE this 24th day of October, 2011.

        /s/ W.  Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE